No. 81–1660. MEMPHIS MOBILE TELEPHONE, INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 81–1683. MAHER, COMMISSIONER OF INCOME MAINTENANCE OF CONNECTICUT *v.* SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–1701. JOHNSON *v.* J. RAY MCDERMOTT & CO., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–1718. DEVEX CORP. ET AL. *v.* GENERAL MOTORS CORP.; and

No. 81–1865. DEVEX CORP. ET AL. *v.* GENERAL MOTORS CORP. C. A. 3d Cir. Certiorari denied. Reported below: 667 F. 2d 347.

No. 81–1739. EADY *v.* ERBE. Ct. Civ. App. Ala. Certiorari denied.

No. 81–1781. SOLEBURY TOWNSHIP ET AL. *v.* HERITAGE FARMS, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–1797. THEATRE TECHNIQUES, INC. *v.* UNITED SCENIC ARTISTS, LOCAL 829 OF THE BROTHERHOOD OF PAINTERS & ALLIED TRADES, AFL–CIO, ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 671 F. 2d 493.

No. 81–1801. KRAMER *v.* ABRAMS, ATTORNEY GENERAL OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 81–1807. SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY *v.* RAILWAY LABOR EXECUTIVES' ASSN. ET AL. Sp. Ct. R. R. R. A. Certiorari denied.

No. 81–1822. FIALA *v.* VILLAGE OF CARPENTERSVILLE. App. Ct. Ill., 2d Dist. Certiorari denied.